■ PETER JENNINGS, Appellant, v CHASE HOME FINANCE, LLC, et al., Respondents, et al., Defendants. (And a Third-Party Action.) [23 NYS3d 890]—

Order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered March 19, 2015, which granted defendants-respondents' motion to dismiss the complaint for failure to join a necessary party, unanimously affirmed, without costs.

Plaintiff, a feeholder of the residential property at issue, seeks, among other things, a declaratory judgment as to the rights of the parties with regard to a loan and a mortgage on the property. Third-party defendant Maryrose Mlayi, a feeholder and mortgagor of the property, is a necessary party to this action (*see* CPLR 1001 [a]; *Guccione v Estate of Guccione*, 84 AD3d 867, 870 [2d Dept 2011]). Since plaintiff never sought to have Mlayi added as a defendant, Supreme Court properly dismissed the action (*see* CPLR 1003; *Telesford v Patterson*, 27 AD3d 328, 330 [1st Dept 2006]). Mlayi, who is allegedly absent from the state, could have been served by publication, if necessary (*see* CPLR 314, 315; *Contimortgage Corp. v Isler*, 48 AD3d 732, 734 [2d Dept 2008]), and is therefore subject to Supreme Court's jurisdiction. Accordingly, there is no basis for permitting the action to proceed without her (*see* CPLR 1001 [b]; *Matter of East Bayside Homeowners Assn., Inc. v Chin*, 12 AD3d 370, 371 [2d Dept 2004], *lv denied* 4 NY3d 704 [2005]). Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK GONZALEZ, Appellant. [23 NYS3d 891]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered on or about April 8, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.